**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-cv-03196-RM-NYW

OTTER PRODUCTS, LLC, et al.,

    Plaintiffs,

v.

OUTLOOK ACQUISITION CORP., et al.,

    Defendants.

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT (DOC. 52)**

Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc. (collectively, "Plaintiffs"), through undersigned counsel, hereby submit this notice of supplemental authority in support of their Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 52).

On June 21, 2019, Judge Dale. A. Kimball in the United States District Court for the District of Utah issued an Order denying defendants' motion to dismiss the complaint of Skullcandy, Inc. ("Skullcandy"). Skullcanday asserted claims for trademark infringement under 15 US.C. §§ 1114, unfair competition under 15 U.S.C. § 1125(a), trademark dilution under 15 U.S.C. § 1125(c), common law trademark infringement, deceptive trade practices under Utah law, unfair competition under Utah law, and tortious interference with contract arising out of defendants' unauthorized sale of Skullcandy products on Amazon. Judge Kimball denied

defendants' motion to dismiss and held that Skullcandy had properly stated a claim for relief for each of the claims it pled.  A copy of the Order is attached hereto as Exhibit 1.

Dated: June 25, 2019

                    Respectfully submitted,

                    *s/ Tyler B. Pensyl*
                    William D. Kloss, Jr. (Ohio Bar No. 0040854)
                    Tyler B. Pensyl (Ohio Bar. No. 0080649)
                    Arryn K. Miner (Ohio Bar No. 0093909)
                    Vorys, Sater, Seymour and Pease LLP
                    52 East Gay Street
                    Columbus, Ohio 43216
                    Phone: (614) 464-6360
                    Facsimile: (614) 719-5072
                    Email: *wdklossjr@vorys.com*
                            *tbpensyl@vorys.com*
                            *akminer@vorys.com*

                    Martha L. Fitzgerald, #14078
                    Joshua A. Weiss, #49758
                    Brownstein Hyatt Faber Schreck, LLP
                    410 Seventeenth Street, Suite 2200
                    Denver, Colorado 80202-4432
                    Phone: (303) 223-1472
                    Email: *mfitzgerald@bhfs.com*
                            *jweiss@bhfs.com*

                    *Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was electronically filed with the Court on June 25, 2019. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                *s/ Tyler B. Pensyl*
                Tyler B. Pensyl